MARK J. CONNOT (10010)
LYNNEL M. REYES (14604)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
mconnot@foxrothschild.com
lreyes@foxrothschild.com
*Attorneys for Crestline Hotels & Resorts, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT LOREDO, an individual,<br><br>Plaintiff,<br>v.<br><br>CRESTLINE HOTELS & RESORTS, LLC, a Foreign Limited Liability Company,<br><br>Defendant. | Case No. 2:18-cv-02029-GMN-PAL<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Robert Loredo, an individual ("Plaintiff"), and Defendant Crestline Hotels & Resorts, LLC, a foreign limited liability company ("Crestline"), through their respective counsel, stipulate as follows:

1. Crestline was served with the summons and complaint on November 6, 2018.
2. The parties are currently exploring early resolution of the Action.

/ /
/ /
/ /
/ /
/ /
/ /

3. Pursuant to Local Rule IA 6-1, the parties stipulate to an extension, up to and including December 10, 2018, to respond to the Complaint.

**IT IS SO STIPULATED**

DATED: November 20, 2018                                   DATED: November 20, 2018

**FOX ROTHSCHILD LLP**                                     **PATRICK N. CHAPIN, LTD.**

By: */s/ Mark J. Connot*                                   By: */s/ Patrick N. Chapin*
    MARK J. CONNOT (10010)                                          PATRICK N. CHAPIN (4946)
    LYNNEL M. REYES (14604)                                      *Attorney for Robert Loredo*
    *Attorneys for Crestline Hotels &*
    *Resorts, LLC*

**ORDER**

    **IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: __November 26,__, 2018

Submitted by:

**FOX ROTHSCHILD LLP**

*/s/ Mark J. Connot*
MARK J. CONNOT (10010)
LYNNEL M. REYES (14604)
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
*Attorneys for Crestline Hotels & Resorts, LLC*

ACTIVE\78753530.v1-11/20/18